**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:11-CR-39-TLS |
| | ) | |
| TRENT D. MOORE | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**

This matter is before the Court on the Findings and Recommendation of the United States Magistrate Judge [ECF No. 65] filed on December 20, 2012. The Defendant has waived objection to the Findings and Recommendation, and the Court, being duly advised, adopts the Findings and Recommendation [ECF No. 65] in its entirety and accepts the recommended disposition. Subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), the plea of guilty to the offenses charged in Counts 2 and 3 of the Indictment are hereby accepted, and the Defendant is adjudged guilty of such offenses.

Any request for a sentence involving a departure under the United States Sentencing Guidelines, or for a variance above or below a Guidelines sentence pursuant to 18 U.S.C. § 3553(a), with the exception of matters raised pursuant to §5K1.1 of the Guidelines, shall be communicated to the probation officer and opposing counsel, in writing, within fourteen (14) days following initial disclosure of the pre-sentence report. Any sentencing memorandum addressing these or any other issues, including requests for a departure based on § 5K1.1, shall be filed with the Court no later than seven (7) days prior to the sentencing hearing. The notice of sentencing and pre-sentence scheduling deadlines will be issued by separate order.

SO ORDERED on January 4, 2013.

        s/ Theresa L. Springmann  
        THERESA L. SPRINGMANN  
        UNITED STATES DISTRICT COURT